**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **19-00498-jw**

## Consent Order

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**09/25/2019**



*John E Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 09/25/2019

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 19-00498-jw |
| Darrell LL King and Saqoiya Lashay King | Chapter 13 |
| Debtors | |

### CONSENT ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter comes before the Court upon the request and motion of Sloane Realty's ("Movant") Motion for the Entry of an Order Granting Relief to Modify the Automatic Stay under 11 U.S.C. § 362(d) ("Motion").

### RELIEF REQUESTED

1. Movant has requested that it be allowed to evict the Debtors from the leased Property for failure to make payments.

2. The Debtors, through their attorney, filed an objection to the Motion.

3. The Debtors and Movant have now agreed to the following relief and conditions:

    a. The Debtors will have vacated the property located at 1886 Maple Leaf Ct. Charleston SC, 29414 no later than 9:00 a.m. Thursday September 19, 2019. The Movant will conduct an inspection at that time.

    b. The Movant will be entitled to keep the security deposit to cover unpaid rent, but $240 will be refunded to the Debtors so long as there is no damage to the property, other than wear and tear. Any damages found at the inspection on 9/19/19 will be described and will reduce the $240 refund.

    c. The Movant will have three business days to provide the Debtors with an accounting for any damages that may be applied and reduce the limited refund of the security deposit.

1

d. Movant will not be required to account for the remainder of the deposit as the Debtors acknowledge that the unpaid post-petition rent is approximately $2,323.

e. Movant will not seek to collect any unpaid rent from the Debtors and releases any and all of its claim against them for unpaid rent.

f. Movant is reserving its right to file, a late proof of claim should there be damage to the property in excess of the $240 refund described above. The Debtors reserve their right to file an objection to any claim filed by the Movant and/or contest the Movant's ability to file a late proof of claim.

NOW, THEREFORE, with the consent of Counsel for the Debtors,

it is **HEREBY ORDERED** that the relief sought in the Motion is hereby **GRANTED**;

It is further **ORDERED** that pursuant to 11 U.S.C. § 362(d), Movant is granted relief from the automatic stay and Movant may take the necessary actions in state court to address the removal of the Debtors from the property;

It is further **ORDERED** that the terms and conditions of the parties consent, set out above, are adopted by the Court as part of this consent order.

AND IT IS SO ORDERED.


**WE SO CONSENT:**

| Markham Law Firm, LLC | *Walker, Gressette, Freeman & Linton, LLC* |
|---|---|
| __/s/Sean Markham__<br>Sean Markham, Dist. I.D. # 10145<br>SC Bar # 70688<br>NC Bar # 54200<br>Attorney for Movant<br>P.O. Box 20074<br>Charleston, SC 29413-0074<br>Tel: 843-284-3646<br>Fax: 843-637-7499<br>sean@markhamlawsc.com | */s/ Jennifer S. Ivey*<br>Jennifer S. Ivey, Esq.<br>Attorney for Debtor<br>Walker, Gressette, Freeman & Linton, LLC<br>Mailing: P.O. Drawer 22167, Charleston, SC 29401<br>Office: 66 Hasell St., Charleston, SC 29401<br>Tele.: (843) 727-2200<br>ivey@wgfllaw.com<br>District Court ID: 12515 |